UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
**AUDREY L. JONES**            )
                              )        Case Number 2:12-cv-07239-BMS
         **Plaintiff**         )
                              )
         vs                    )
                              )
**ALLIANCE ONE**               )
**RECEIVABLES MANAGEMENT**     )
**INC.**                       )
                              )
         **Defendant**         )
_____)

## STIPULATION OF DISMISSAL

AND NOW, this 29th day of April 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant that the above captioned matter be dismissed with prejudice. All parties shall bear their own costs and attorney's fees.


Vullings Law Group, LLC

BY: /s/ *Brent F. Vullings*
      Brent F. Vullings, Esquire
      Attorney for Plaintiff


Marshall Dennehey Warner Coleman & Goggin

BY: /s/ *Jacob U. Ginsburg*
      Jacob U. Ginsburg, Esquire
      Attorney for Defendant